IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05-CV-02117**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

WENDEL "ROBERT" WARDELL, JR.,

    Plaintiff,

v.

MATTHEW T. KIRSCH, AUSA,
TIM R. NEFF, AUSA,
ARLETA MOON, IRS-CID Special Agent,
ED ZAHREN, U.S. Marshal, and
DAVID FLOYD, U.S. Deputy Marshal,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Petition for Preliminary Injunction Relief, a Declaration of Wendel Robert Wardell in Support of Petition for Preliminary Injunction, and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
- (1) __ is not submitted
- (2) __ is missing affidavit
- (3) X is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official and does not cover the entire 6-month period</u>.)
- (4) __ is missing required financial information
- (5) __ is missing an original signature by the prisoner
- (6) __ is not on proper form (must use the court's current form)
- (7) __ names in caption do not match names in caption of complaint, petition or habeas application
- (8) __ An original and a copy have not been received by the court. Only an original has been received.
- (9) __ other _____

**Complaint, Petition or Application:**
- (10) __ is not submitted
- (11) __ is not on proper form (must use the court's current form)
- (12) __ is missing an original signature by the prisoner
- (13) __ is missing page nos. __
- (14) __ uses et al. instead of listing all parties in caption
- (15) __ An original and a copy have not been received by the court. Only an original has been received.
- (16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) __ names in caption do not match names in text
- (18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __14__ day of __October__, 2005.

BY THE COURT:

_____
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **05 - CV - 02117**

Wendel Robert Wardell, Jr.,
Prisoner No. 1452468
Denver County Jail
PO Box 1108
Denver, CO 80201-1108

    I hereby certify that I have mailed a copy of the   **ORDER** to the above-named individuals on __10-24-05__

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk